## CASE ANNOUNCEMENTS

*September 22, 2010*

[Cite as *09/22/2010 Case Announcements*, 2010-Ohio-4443.]

## MOTION AND PROCEDURAL RULINGS

**2010–0564. Elyria v. Lorain Cty. Budget Comm.**
Board of Tax Appeals, Nos. 2003–M–1533, 2004–M–1166, and 2005–M–1301. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellees/cross-appellants' request for oral argument before the court,
It is ordered by the court that the request is granted.

**2010–0653. Delaney v. Levin.**
Board of Tax Appeals, No. 2009–V–3139. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion to reset oral argument scheduled for October 20, 2010, before a master commissioner,
It is ordered by the court that the motion is granted, and oral argument is rescheduled for November 3, 2010.